# United States Court of Appeals

## For the First Circuit

No. 01-2553

LINDA RUTHARDT,
in her official capacity as COMMISSIONER OF INSURANCE
OF THE COMMONWEALTH OF MASSACHUSETTS and PERMANENT RECEIVER OF
AMERICAN MUTUAL LIABILITY INSURANCE COMPANY and AMERICAN
MUTUAL INSURANCE COMPANY OF BOSTON,
Plaintiff,

v.

UNITED STATES OF AMERICA and JOHN ASHCROFT,
in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES,
Defendants, Appellees.

ALABAMA INSURANCE GUARANTY ASSOCIATION, ET AL.,
Movants, Appellants.

_____

No. 01-2587
No. 01-2668

LINDA RUTHARDT,
in her official capacity as COMMISSIONER OF INSURANCE
OF THE COMMONWEALTH OF MASSACHUSETTS and PERMANENT RECEIVER OF
AMERICAN MUTUAL LIABILITY INSURANCE COMPANY and AMERICAN
MUTUAL INSURANCE COMPANY OF BOSTON,
Plaintiff, Appellant/Cross-Appellee,

v.

UNITED STATES OF AMERICA and JOHN ASHCROFT,
in his official capacity as
ATTORNEY GENERAL OF THE UNITED STATES,
Defendants, Appellees/Cross-Appellants.

_____

ALABAMA INSURANCE GUARANTY ASSOCIATION, ET AL.,
Movants.

ERRATA SHEET

The opinion of this Court, issued on September 18, 2002, should be amended as follows.

At page 19, line 5, after "United States.", please insert the following sentence as a continuation of the paragraph.

> Indeed, this is merely one example of the problems that may be caused by the lack of a deadline and by no means a complete catalogue.

Then, begin the following existing sentence which starts with "No doubt" as a new paragraph.